UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO.: 7:14-CR-28-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CURTIS NEAL HALL, JR., | ) | |
|     Defendant | ) | |

This matter is before the Court on Defendant's Motion to Seal, requesting that his Motion to Continue Sentencing be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file under seal said Motion to Continue Sentencing.

This 24th day of February, 2015.

_____
U.S. DISTRICT COURT JUDGE
Louise W. Flanagan