UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO.: 7:14-CR-28-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **MOTION TO SEAL** |
| **CURTIS NEAL HALL, JR.,** | ) | |
|     Defendant | ) | |

This matter is before the Court on Defendant's Motion to Seal, requesting that his Motion for Downward Departure or Variance Sentence and Memorandum in Support be filed under seal.

FOR GOOD CAUSE SHOWN, the motion is allowed and the Clerk is directed to file Defendant's Motion for Downward Departure or Variance Sentence and Memorandum in Support under seal.

This __3rd__ day of April, 2015.

_____
U.S. DISTRICT COURT JUDGE