UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Curtis Neal Hall Jr.                                                              Docket No. 7:14-CR-28-1FL

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Curtis Neal Hall Jr., who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Cocaine and a Quantity of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and Using and Carrying a Firearm During a Drug Trafficking Crime, in violation of 18 U.S.C.§ 924(c)(1)(A)(i), and was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 9, 2015, to the custody of the Bureau of Prisons for a term of 68 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Curtis Neal Hall Jr. was released from custody on December 4, 2018, at which time the term of supervised release commenced.

On February 13, 2019, the court was notified of a failed drug test (positive for cocaine and marijuana on February 6, 2019) and agreed to continue supervision as the defendant was referred for substance abuse treatment, was retaught a cognitive intervention technique, and would be required to participate in drug testing at an increased level.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted to a urinalysis on March 18, 2019, that yielded positive results for marijuana. On March 27, 2019, the defendant agreed to report to the probation office the following day. He failed to report on March 28, 2019, and could not be reached by phone until April 1, 2019. When confronted on April 1, 2019, the defendant confessed to using marijuana and expressed remorse for his actions. An appointment was scheduled for April 10, 2019. However, on April 2, 2019, the defendant reported for a scheduled urinalysis that yielded positive results for cocaine and marijuana. During the appointment on April 10, 2019, the defendant confessed that he is struggling with his addictive tendencies but is reporting for treatment and is striving to stay clean. He was reprimanded for breaching the court's trust by using illegal drugs and challenged to do the hard work necessary to achieve sobriety. The substance abuse treatment provider has agreed to increase the level of substance abuse treatment being provided. Additionally, a cognitive intervention technique was applied to assist with the development of improved decision-making. Finally, his participation in the surprise drug testing program will continue. Accordingly, to reinforce the need to respect the trust placed on him by the court, it is recommended that the defendant be required to complete 24 hours of community service. He signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ David W. Leake<br>David W. Leake<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2045<br>Executed On: April 12, 2019 |

**ORDER OF THE COURT**

Considered and ordered this __15th__ day of __April__, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge